UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHRISTOPHER LANCE LAUDUN and RHONDA LAUDUN | CIVIL ACTION NO. 6:20-cv-00289 |
| VERSUS | JUDGE JUNEAU |
| TARGET CORPORATION, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' motion to remand (Rec. Doc. 10) is DENIED; the plaintiffs' claims against Jared Simon are dismissed without prejudice; and the plaintiffs' claim for attorneys' fees are DENIED, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 7th  day of May , 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE